IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ERIC REDISH | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1065-O |
| | § | |
| YELLOW TRANSPORTATION, INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 4, 2008, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

It is, therefore, **ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that Defendant's motion to compel arbitration [Doc. #11] is granted. However, the fee-splitting provision of the Dispute Resolution Agreement is void. Defendant shall pay all costs of arbitration. This case is hereby **DISMISSED** without prejudice in favor of arbitration.

SO ORDERED on this 24th day of June, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**